Daniel C. Girard (State Bar No. 114826)
Eric H. Gibbs (State Bar No. 178658)
Adam E. Polk (State Bar No. 273000)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dcg@girardgibbs.com
Email: aep@girardgibbs.com

*Attorneys for Individual and Representative*
*Plaintiff Linda Boss*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA BOSS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION and TARGET BRANDS, INC.,<br><br>Defendants. | Case No. 4:15-cv-00855-YGR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BOSS'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>L.R. 3-12, 7-11<br><br>The Honorable Yvonne Gonzalez Rogers<br><br>This document relates to:<br><br>Case No. 5:15-cv-00559-EJD<br><br>The Honorable Edward J. Davila |
| PAUL DE LA TORRE and JOSHUA OGDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TARGET CORPORATION and TARGET BRANDS, INC.,<br><br>Defendants. | |

| | |
|---|---|
| MELANIE BARBER, on behalf of herself, all others similarly situated and the general public,<br><br>Plaintiff,<br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation,<br><br>Defendant. | Case No. 4:15-cv-00568-JSW<br><br>The Honorable Jeffrey S. White |
| MARY FARRELL, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 3:15-cv-00635-MMC<br><br>The Honorable Maxine M. Chesney |

[PROPOSED] ORDER GRANTING PLAINTIFF BOSS'
ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 4:15-cv-00855-YGR

This matter comes before the Court on Plaintiff Linda Boss's Administrative Motion to Consider Whether Cases Should Be Related, which no party opposes and which Plaintiffs Linda Boss, Melanie Barber, and Mary Farrell support. Upon consideration of Plaintiff Boss's Motion, all other papers submitted in support thereof, and for good cause shown, the Court hereby GRANTS Plaintiff Boss's Motion.

IT IS SO ORDERED that the putative class actions entitled *Boss v. Target Corp., et al.*, Case Number 4:15-cv-00855-YGR, *Barber v. Target Corp.*, Case Number 4:15-cv-00568-JSW, and *Farrell v. Target Corp.*, Case Number 3:15-cv-00635-MMC are related to *De La Torre, et al. v. Target Corp., et al.*, Case Number 5:15-cv-00559-EJD. The Clerk shall reassign all cases to undersigned.

Dated: April 7, 2015

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

---

1
[PROPOSED] ORDER GRANTING PLAINTIFF BOSS'
ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. 4:15-cv-00855-YGR